

```
 1  STEPHEN R. MICK (SBN 131569)
    smick@btlaw.com
 2  BARNES & THORNBURG LLP
    2049 Century Park East, Suite 3550
 3  Los Angeles, California 90067
    Telephone:  310.284.3880
 4  Facsimile:  310.284.3894

 5  Attorneys for Plaintiff
    SEISMIC STRUCTURAL DESIGN
 6  ASSOCIATES, INC.
```

FILED
CLERK U.S. DISTRICT COURT

2 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEISMIC STRUCTURAL DESIGN ASSOCIATES, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>M. ARTHUR GENSLER JR. & ASSOCIATES, INC., a California corporation, and NABIH YOUSSEF ASSOCIATES, INC., a California corporation,<br><br>            Defendants. | Case No.<br><br>**CV11-04472** SJO (SSx)<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff Seismic Structural Design Associates, Inc., ("SSDA") brings this action against the Defendants M. Arthur Gensler Jr. & Associates, Inc. ("Gensler") and Nabih Youssef Associates ("NYA") (collectively, "Defendants"), and for its cause of action alleges:

COMPLAINT AND DEMAND FOR JURY TRIAL

## The Parties

1. SSDA is a corporation organized and existing under the laws of the State of California, with its principal place of business at 791 East Washington Boulevard, Los Angeles, California 90021.

2. Upon information and belief, Gensler is a corporation organized and existing under the laws of the State of California, and is currently doing business within the Central District of California at 2500 Broadway, Suite 300, Santa Monica, CA 90404.

3. Upon information and belief, NYA is a corporation organized and existing under the laws of the State of California, and is doing business with the Central District of California at 800 Wilshire Boulevard, Suite 200, Los Angeles, CA 90017.

## Jurisdiction and Venue

4. This action arises under the patent laws of the United States, Title 35 United States Code, particularly §§ 271 and 281 and Title 28 United States Code, particularly §1338(a). Venue is proper in this Court under Title 28 United States Code §§ 1391(b) and (c) and 1400(b).

## The Patents-in-Suit

5. On October 28, 1997, U.S. Patent No. 5,680,738 ("the '738 patent") was duly and legally issued for a "Steel Frame Stress Reduction Connection." A copy of the '738 patent is attached as Exhibit A and is made a part hereof. By assignment, SSDA is the owner of the '738 patent and at all relevant times has had the right to enforce the '738 patent.

6. The '738 patent, in general, relates to load bearing and moment frame connections formed between beams and/or columns, with particular use, but not necessarily exclusive use, in steel frames for buildings, in new construction as well as modification to existing structures.

7. On May 29, 2001, U.S. Patent No. 6,237,303 ("the '303 patent") was duly and legally issued for a "Steel Frame Stress Reduction Connection." A copy of the '303 patent is attached as Exhibit B and is made a part hereof. By assignment, SSDA is the owner of the '303 patent and at all relevant times has had the right to enforce the '303 patent.

8. The '303 patent, in general, relates to load bearing and moment frame connections formed between beams and/or columns, with particular use, but not necessarily exclusive use, in steel frames for buildings, in new construction as well as modification to existing structures.

9. On May 23, 2006, U.S. Patent No. 7,047,695 ("the '695 patent") was duly and legally issued for a "Steel Frame Stress Reduction Connection." A copy of the '695 patent is attached as Exhibit C and is made a part hereof. By assignment, SSDA is the owner of the '695 patent and at all relevant times has had the right to enforce the '695 patent.

10. The '695 patent, in general, relates to load bearing and moment frame connections formed between beams and/or columns, with particular use, but not necessarily exclusive use, in steel frames for buildings, in new construction as well as modification to existing structures.

### Background Facts

11. Sections 9.2b and 10.2b of ANSI/AISC 341 (the AISC *Seismic Provisions*) provide four options for determining the suitability of a particular moment connection for use in a special moment frame ("SMF") connection or intermediate moment frame ("IMF") connection, respectively.

12. A connection listed in ANSI/AISC 358 (AISC *Prequalified Connections for Special and Intermediate Moment Frames for Seismic Applications*, which are also known as the AISC *Prequalified Connections* for short) can be used.

13. Among others, Supplement No. 1 to ANSI/AISC 358-05 adds prequalified details for welded unreinforced flange-welded web ("WUF-W") connections.

14. Upon information and belief, WUF-W moment frame connections utilize complete-joint-penetration ("CJP') groove welds to connect the beam flanges to the column flanges. The beam web is bolted to a single-plate shear connection for erection. Subsequently, this plate is used as a backing bar for a CJP groove weld between the beam web and the column flange. A fillet weld also is used. Inelastic rotation is intended to occur in the beam in the region adjacent to the face of the column. Connection fracture is controlled through special detailing requirements associated with the welds joining the beam flanges to the column flange, the welds joining the beam web to the column flange, and the shape and finish of the weld access holes.

15. Upon information and belief, the WUF-W moment frame connection is an all-welded moment connection, wherein the beam flanges and the beam web are welded directly to the column flange. A number of welded moment connections that came into use after the 1994 Northridge Earthquake, such as the reduced beam section and connections provided with beam flange reinforcement, were designed to move the plastic hinge away from the face of the column. In the case of the WUF-W moment frame connection, the plastic hinge is not moved away from the face of the column. Rather, the WUF-W moment frame connection employs design and detailing features that are intended to permit the connection to achieve SMF performance criteria without fracture.

16. Upon information and belief, the beam flanges in WUF-W moment frame connections are welded to the column flange using CJP groove welds that meet the requirements of demand critical welds in the AISC *Seismic Provisions*, along with specific requirements for treatment of backing and weld tabs and welding quality control and quality assurance requirements. The beam web is welded directly to the column flange using a CJP groove weld that extends the full-depth of the web (*i.e.,* from

3
COMPLAINT AND DEMAND FOR JURY TRIAL

weld access hole to weld access hole). This is supplemented by a single-plate connection, wherein a single plate is welded to the column flange and is then fillet welded to the beam web. Consequently, the beam web is attached to the column flange with both a CJP groove weld and a welded single-plate connection.

17. Upon information and belief, the single-plate connection adds stiffness to the beam web connection, drawing stress toward the web connection and away from the beam flange to column connections. The single plate also serves as backing for the CJP groove weld connecting the beam web to the column flange.

18. Instead of using a conventional weld access hole detail as specified in Section J1.6 of ANSI/AISC 360 ("the AISC *Specification*"), the WUF-W moment frame connection employs a special seismic weld access hole with requirements on size, shape, and finish that reduce stress concentrations in the region around the access hole (*see, e.g.,* Exhibit D, which is a reprint of Figure 11-1 in the AISC *Seismic Provisions*).

19. The length of such special seismic weld access holes is about three times the thickness of the beam flange, or $3\ t_{bf}\ (\pm\ ½\ \text{in.})(\pm\ 13\ \text{mm})$, as shown in Exhibit D.

## Claims of Infringement

20. Upon information and belief, Gensler was the architect of a 54-story tower known as the L.A. LIVE hotel and residences ("L.A. LIVE") rising from the intersection of I-10 and I-110 and marking the southwest corner of downtown Los Angeles. Gensler refers to that structure as its "Tower of Innovation." *See, e.g.,* Exhibit E, pages 6-7.

21. Upon information and belief, Gensler's Tower of Innovation incorporates WUF-W prequalified moment frame connections.

22. Upon information and belief, NYA designs steel frameworks and provides consulting engineering services, promotes its consulting engineering services, and directs the design of steel frameworks and consulting engineering services, including, but not limited to, the design of WUF-W prequalified moment frame connections used to construct Gensler's Tower of Innovation. *See, e.g.,* Exhibit F.

23. By such acts, Gensler and NYA have in the past and continue to infringe directly, indirectly, by inducement, and/or by contributing to the infringement of one or more claims of the '738 patent, one or more claims of the '303 patent, and one or more claims of the '695 patent.

24. Upon information and belief Defendants' infringement has been willful.

25. SSDA has complied with Title 35 United States Code § 287 and Defendants have therefore been put on constructive or actual notice of all relevant facts.

26. As a result of Defendants' infringing conduct, the Defendants have damaged SSDA. The Defendants are liable to SSDA in an amount that adequately compensates SSDA for their infringement, which, by law, can in no event be less than a reasonable royalty.

27. As a consequence of the Defendants' infringement, SSDA has been irreparably damaged and such damage will continue without the issuance of an injunction by this Court.

### **Prayer For Relief**

WHEREFORE, SSDA prays for entry of judgment:

A. That U.S. Patent No. 5,680,738, U.S. Patent No. 6,237,303, and U.S. Patent No. 7,047,695 are valid and enforceable;

B. That one or more claims of U.S. Patent No. 5,680,738, one or more claims of U.S. Patent No. 6,237,303, and one or more claims of U.S. Patent No. 7,047,695 have been directly and/or indirectly infringed by the Defendants and by others whose infringement has been contributed to and/or induced by Defendants;

C. That such direct, indirect, contributory and/or induced infringement was and is willful and deliberate;

D. That Defendants and each of their officers, agents, employees, representatives, successors, assigns, and those acting in privity or concert with them be

preliminarily and permanently enjoined from further infringement of U.S. Patent No. 5,680,738, U.S. Patent No. 6,237,303, and U.S. Patent No. 7,047,695;

E. That Defendants account for and pay to SSDA all damages and costs caused by Defendants' activities complained of herein;

F. That SSDA be awarded treble damages for Defendants' willful infringement pursuant to Title 35 United States Code § 284;

G. That SSDA be granted pre-judgment and post-judgment interest on the damages caused by reason of Defendants' activity complained of herein;

H. That SSDA be granted its attorneys' fees in this action; and

I. That SSDA be granted such other and further relief that is just and proper under the circumstances.

Dated: May 10, 2011

BARNES & THORNBURG LLP

By _____
Stephen R. Mick
Attorneys for Plaintiff
SEISMIC STRUCTURAL DESIGN ASSOCIATES, INC.

OF COUNSEL
James R. Burdett
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006-4623
Telephone: (202) 289-1313
Facsimile: (202) 289-1330

## DEMAND FOR JURY TRIAL

Plaintiff Seismic Structural Design Associates, Inc. hereby demands a trial by jury on all causes of action that are triable by jury.

Dated: May 10, 2011

BARNES & THORNBURG LLP

By _____
Stephen R. Mick
Attorneys for Plaintiff
SEISMIC STRUCTURAL DESIGN ASSOCIATES, INC.

OF COUNSEL
James R. Burdett
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006-4623
Telephone: (202) 289-1313
Facsimile: (202) 289-1330

LADS01 28141v1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

### CV11- 4472 SJO (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Stephen R. Mick (SBN 131569)
smick@btlaw.com
BARNES & THORNBURG LLP
2049 Century Park East, Suite 3550
Los Angeles, California 90067
Tel: 310-284-3880  Fax: 310-284-3894

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEISMIC STRUCTURAL DESIGN ASSOCIATES, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>M. ARTHUR GENSLER JR. & ASSOCIATES, INC., a California corporation, and NABIH YOUSSEF ASSOCIATES, INC., a California corporation,<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11-04472 SJO (SSx)**<br><br>SUMMONS |

TO:     DEFENDANT(S): <u>M. Arthur Gensler Jr. & Associates, Inc. and Nabih Youssef Associates, Inc.</u>

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Stephen R. Mick</u>, whose address is <u>2049 Century Park East, Suite 3550, Los Angeles, California 90067</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                  Clerk, U.S. District Court

        Dated:  MAY 2 4 2011                                  By: JULIE PRADO
                                                                      Deputy Clerk

                                                                     (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                              SUMMONS

**CONFORM**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>SEISMIC STRUCTURAL DESIGN ASSOCIATES INC. | **DEFENDANTS**<br>M. ARTHUR GENSLER JR. & ASSOCIATES, INC. and NABIH YOUSSEF ASSOCIATES, INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Barnes & Thornburg LLP; Stephen R. Mick (SBN 131569), smick@btlaw.com;<br>2049 Century Park East, Suite 3550, Los Angeles, California 90067;<br>Tel: 310-284-3880; Fax 310-284-3894 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent infringement 35 USC §271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☑ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: **CV11-04472**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date May 10, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |